**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 595 MAL 2018

          Respondent          :

                            :     Petition for Allowance of Appeal from

                          :     the Order of the Superior Court

          v.                   :

                            :

ELLIOT ROJAS,                :

                            :

          Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 26th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.